In the Matter of the Application to Punish Gilbert Hall for Contempt of Court.— Order affirmed, with ten dollars costs and disbursements.—

DYKMAN, J.: This is an appeal from an order of the City Court of Mount Vernon punishing Gilbert Hall for contempt of court. The contempt consisted in an interposition of a false answer in an action in that court in favor of Henry B. Jenkins and John Carmody against Gilbert Hall and Wright Hall. The answer was false, and all the facts and circumstances show that Gilbert Hall knew it to be so. The order should be affirmed, with ten dollars costs and disbursements.

Caleb G. Collins, Respondent, v. Horace F. Burroughs, Appellant. — Order affirmed, with ten dollars costs and disbursements.—

DYKMAN, J.: This is an appeal from an order denying a motion of the defendant for an order of reference appointing a referee to hear and determine the action. It is not a case for a compulsory reference, and the appeal is destitute of merit. The order should be affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of the Nassau Electric Railroad Company.— Order affirmed, with costs.—

DYKMAN, J.: This is a motion to confirm the report of commissioners appointed by the General Term of this court to determine whether the railroad of the petitioner should be constructed and operated. The action of the commissioners is to stand in lieu of the consent of the property owners. The Nassau Electric Railroad Company is a corporation organized for the purpose of constructing and operating a street surface railroad in the city of Brooklyn and the adjoining towns. Having failed to obtain the requisite consents of landowners upon certain streets through which the railroad was projected, an application was made to the General Term of the Supreme Court for the appointment of commissioners pursuant to the Railroad Law, as amended by chapter 676 of the Laws of 1892. The commissioners were appointed, and they have performed their duties and made their report. Aside from some general objections to the location and operation of this railroad along South Fifth street and South Eighth street, which this court cannot obviate, because the Legislature has conferred the right to so locate the road, the opponents to confirmation based their opposition here upon errors committed by the commissioners in excluding testimony offered upon the hearing before them. We have examined with care all the questions presented by the exceptions of the opponents, and we deem it sufficient to say that they present no errors of law. The report should be confirmed, with costs. All concurred.